JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL CORTEZ, individually and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br>v.<br><br>PARKER-HANNIFIN CORPORATION, an Ohio corporation; and DOES 1 through 100, inclusive;<br><br>Defendants. | Case No.: 2:20-cv-06430-AB (KKx)<br><br>**ORDER GRANTING DISMISSAL OF ACTION WITHOUT PREJUDICE** |

1 | The Court, having reviewed the Stipulation of Dismissal filed by the parties
2 | in this case, (Dkt. No. 32), and having found good cause therein, **DISMISSES** the
3 | entire action **WITHOUT PREJUDICE**. Each party shall bear its own costs and
4 | attorneys' fees.

**IT IS SO ORDERED.**

Dated: May 31, 2022

_____
Honorable André Birotte Jr.
United States District Judge